**07-60619**

THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA **CIV-ZLOCH**

Fort Lauderdale Division

MAGISTRATE JUDGE
SNOW

| | | |
|---|---|---|
| JOHN GRAY, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO.: |
| | ) | |
| v. | ) | District Ct. Judge: |
| | ) | |
| ZURICH AMERICAN INSURANCE | ) | Magistrate Judge: |
| COMPANY OF ILLINOIS, | ) | |
| | ) | |
| Defendant. | ) | |

FILED by _____ D.C.
INTAKE
MAY - 1 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. FLA. FT. LAUD.

## DEFENDANT ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS' NOTICE OF REMOVAL

NOW COMES the defendant, ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS ("ZURICH"), by and through the undersigned counsel and pursuant to 28 U.S.C. § 1446 (2006), files its Notice of Removal to this Court and in support thereof, states as follows:

1. This is an action brought by a citizen of the State of Florida against a defendant that is a foreign corporation with its principal place of business in Illinois, in the 17th Judicial Circuit, Broward County, Florida (Case No. 0706512 04). The defendant was served on or about March 29, 2007. See Summons and Complaint attached hereto as Exhibit A. There is complete diversity of citizenship among the parties.

2. The plaintiff is claiming that ZURICH denied coverage for accidental death and dismemberment and/or paralysis benefits and/or continuous total disability benefits. Thus, the amount in controversy available for said benefits is in excess of $75,000.00, exclusive of interest, costs and attorney's

fees.

3. Because there is complete diversity among the parties and the amount in controversy is in excess of $75,000.00, this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 (2006).

WHEREFORE, defendant ZURICH respectfully requests that <u>John Gray v. Zurich American Insurance Company of Illinois</u>, Case No. 07065 12 04, 17th Judicial Circuit, Broward County, Florida, be Removed to this Court.

WE HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 27th day of April, 2007 to: Theodore H. Enfield, Esq., Theodore H. Enfield, P.A., 19235 Biscayne Blvd., Suite 105, Aventura, FL 33180.

LANE, REESE, AULICK, SUMMERS & ENNIS, P.A.
2600 Douglas Rd., Suite 304
Coral Gables, FL 33134
(305) 444-4418 (ph)
(305) 444-5504 (fax)

BY: _____
JOHN J. CAVO, ESQ.
Florida Bar No. 0462764
WILLIAM S. REESE, ESQ.
Florida Bar No. 187183

# FLORIDA
## DEPARTMENT OF
# FINANCIAL SERVICES



07-13064

7 41 - 07/79

JOHN GRAY

PLAINTIFF(S),

VS.

ZURICH AMERICAN INSURANCE
COMPANY OF ILLINOIS

DEFENDANT(S).

CASE #:   0706512 04
COURT:   CIRCUIT COURT
COUNTY: BROWARD
DFS-SOP#: 07-13064

**RECEIVED**

**APR 03 2007**

**H.O. Claims / Legal**

SUMMONS, COMPLAINT FOR DECLARATORY JUDGMENT AND SUPPLEMENTAL RELIEF
DISABILITY BENEFITS, DOCUMENTS

## NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of the acceptance or receipt of Service of Process by the Chief Financial Officer of the State of Florida, received in my office by PROCESS SERVER on the 27th day of March, 07, addressed to the Chief Financial Officer.
A copy of said process was **SERVED by certified mail on the 29th day of March, 07.** from this office to:

ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS
AUDREY HANRAHAN
ZURICH, US
1400 AMERICAN LANE
SCHAUMBURG IL 60196

as designated agent for the named insurer according to my records; or mailed to said addressee as an agent or to said insurer at the request of the plaintiff or plaintiff's attorney.

Alex Sink
Alex Sink
Chief Financial Officer

\* Our office will only serve the initial process (Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080.

Distribution: Clerk of Court, Defendant, Plaintiff or Plaintiff's Attorney

Plaintiff's Representative:

THEODORE H. ENFIELD
SUITE 105
19235 BISCAYNE BLVD.
AVENTURA FL 33180

TSC

**EXHIBIT A**

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

JOHN GRAY,

GENERAL JURISDICTION DIVISION

    Plaintiff,

CASE NO.     0706512   04

vs.

ZURICH AMERICAN INSURANCE
COMPANY OF ILLINOIS,

    Defendant.

_____/

THE STATE OF FLORIDA

To All and Singular the Sheriffs of the State

    YOU ARE HEREBY COMMANDED to serve this Summons on Defendants

    **Zurich American Insurance Company of Illinois**
    **Through Registered Agent**
    **Chief Financial Officer**
    **PO Box 6200**
    **200 East Gaines Street**
    **Tallahassee, Florida 32399-0000**

## IMPORTANT

    A lawsuit has been filed against you. You have 20 calendar days after this Summons is served on you to file a written response to the attached Complaint in this Court. A phone call will not protect you; your written response, including the above case number and named parties, must be filed if you want the Court to hear your case. If you do not file your response on time, you may lose the case and your wages, money, and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or legal aid office (listed in the phone book).

    If you choose to file a written response yourself, at the same time you file your written response to the Court, located at **Broward County Courthouse, 201 SE 6 Street, Fort Lauderdale, Florida 33301,** you must also mail or take a carbon copy or photocopy of your written response to the Plaintiff's attorney noted below:

    **THEODORE H. ENFIELD, P.A.**
    **19235 Biscayne Boulevard, Suite 105**
    **Aventura, Florida 33180**
    **Phone 305-529-9377**
    **Fax    305-933-8575**

<u>IMPORTANTE</u>

    Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito y presentarla ante este tribunal. Una

llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

**THEODORE H. ENFIELD, P.A.**
19235 Biscayne Boulevard, Suite 105
Aventura, Florida 33180
Phone 305-529-9377
Fax   305-933-8575

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jour consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte cijointe aupres de ce Tribunal. Un simple coup de telephone est insuffisant pour vous proteger; vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier cidessus et du nom des parties nommees ici, si vious souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous resquez de perdre la cause ainsi que votre solaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du Tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expendier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's attorney" (Plaignant ou a son avocat) nomme ci-dessous.

**THEODORE H. ENFIELD, P.A.**
19235 Biscayne Boulevard, Suite 105
Aventura, Florida 33180
Phone 305-529-9377
Fax   305-933-8575

MAR 23 2007

DATED ON _____ 2007.

as Clerk of said Court. **HOWARD C. FORMAN**

By:_____
ANGELA D. REED
As Deputy Clerk
A TRUE COPY
Circuit Court Seal

|  | IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA |
|---|---|
| JOHN GRAY, | GENERAL JURISDICTION DIVISION |
| Plaintiff, | CASE NO. 0706542 04 |
| vs. | FLORIDA BAR #256005 |
| ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS, | A TRUE COPY HOWARD C. FORMAN CLERK OF CIRCUIT COURT |
| Defendant. / | MAR 23 2007 |

## COMPLAINT FOR DECLARATORY JUDGMENT AND SUPPLEMENTAL RELIEF DISABILITY BENEFITS

COMES NOW the Plaintiff, JOHN GRAY, by and through his undersigned attorney and files this action against the Defendant, ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS, (hereinafter referred to as "ZURICH") and as grounds therefore states as follows:

1. The Plaintiff, JOHN GRAY, is a resident of Miami, Miami-Dade County, Florida.

2. The Defendant, ZURICH, is a foreign corporation, organized and existing under the laws of a state other than the State of Florida, but is doing business in the State of Florida and more particularly in Miami-Dade County, Florida.

3. This is an action for damages for declaratory judgment and damages that exceeds $15,000.00

3. Plaintiff is entitled to relief against the Defendant under the following facts:

1

(a) While said insurance policy was in full force and effect, the plaintiff has for a period of time been totally disabled and unable to perform his duties in connection with his work, and the plaintiff has also suffered permanent-total disability.

(b) Plaintiff has complied with all the conditions precedent and performed all the acts necessary to collect the benefits due him pursuant to the policy of insurance herein sued upon, which benefits defendant has failed and refused to pay and continues to so refuse.

(c) The plaintiff, in order to enforce his rights under the policy of insurance, has been required to retain the services of undersigned counsel to represent him.

4. Plaintiff was issued a policy of Trucker's Occupational Accident Insurance through Defendant, ZURICH, attached as Exhibit "A".

5. Plaintiff entered into a contract of insurance with Defendant, ZURICH, under Policy Number 3760574, which provided among other things for the payment of accident dismemberment and paralysis benefits. While such insurance policy was in full force and effect Plaintiff has been for a period of time totally disabled in connection with his work and the Plaintiff has suffered permanent total disability pursuant to the terms of the said policy with loss an use of his hand and foot.

Plaintiff, JOHN GRAY, has made demand upon Defendant, ZURICH, for payments of benefits and Defendant has refused to pay benefits under the policy.

WHEREFORE, Plaintiff, JOHN GRAY, sues Defendant, ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS, and demands judgment as determined in accordance with the terms of the policy, together with costs of this action and attorney's fees as provided by law and demands trial jury of all issues so triable as a right by jury.

> THEODORE H. ENFIELD, P.A.
> 19235 Biscayne Boulevard, Suite 105
> Aventura, FL 33180
> Telephone 305- 529-9377
> Fax        305-933-8575
>
> By: _____
>     Theodore H. Enfield

3



ZURICH AMERICAN INSURANCE COMPANY
1400 American Lane
Schaumburg, Illinois

# AMENDATORY ENDORSEMENT

**POLICYHOLDER: TRANSPEC SELECT OWNER OPERATOR ASSOCIATION**
**ENDORSEMENT NO. 1**

This endorsement, effective **April 27, 2005**, forms a part of Policy number **OCA 3760574**.

The Policy to which this endorsement is attached is amended as follows:

It is hereby understood and agreed that the address of the Policyholder shall be amended to read as follows:

2000 Glen Echo Road
Suite 100
Nashville, TN 37215-0429

Except for the above, this Amendatory Endorsement does not vary, alter, waive, or extend any of the terms of the Policy to which it is attached.

Signed for Zurich American Insurance Company: _____ Date: April 27, 2005
                                              Authorized Representative

4/26/05 tsc

U-OA-302-A CW (01/04)

Page 1 of 1




ZURICH

ZURICH AMERICAN INSURANCE COMPANY
1400 American Lane
Schaumburg, Illinois

# TRUCKERS OCCUPATIONAL ACCIDENT INSURANCE

This Policy is a legal contract between the Policyholder and the Company. The Company agrees to insure eligible persons of the Policyholder (herein called **Insured Person(s)**) against loss covered by this Policy, subject to its provisions, limitations and exclusions. The persons eligible to be **Insured Persons** are all persons described in the eligibility section of the **Schedule**.

This Policy is issued in consideration of the payment of the required premium when due and the statements set forth in the signed Group Application, which is attached to and made part of this Policy and in the individual application forms, if any.

This **Policy** begins on the Policy Effective Date shown in the Schedule. This Policy will continue in effect, provided premiums are paid when due, until the Policy Termination Date set forth in the Policy, unless otherwise terminated as further provided in this Policy, or renewed.

## IMPORTANT NOTICE
## THIS IS NOT A WORKERS' COMPENSATION POLICY AND IS NOT A SUBSTITUTE FOR WORKERS' COMPENSATION COVERAGE.

This Policy is governed by the laws of the state in which it is delivered.

The President and Secretary of Zurich American Insurance Company witness this Policy:

John J. McCartney
President
Zurich American Insurance Company

David Bowers
Corporate Secretary
Zurich American Insurance Company

**PLEASE READ THIS POLICY CAREFULLY**

U-OA-300-B TN (01/04)

Page 1 of 22

## TABLE OF CONTENTS

SECTION I          SCHEDULE

SECTION II         GENERAL DEFINITIONS

SECTION III        EFFECTIVE AND TERMINATION DATES
                        Policy Effective Date
                        Policy Termination Date
                        Owner/Operator's Effective Date
                        Owner/Operator's Termination Date
                        Contract Driver's Effective Date
                        Contract Driver's Termination Date

SECTION IV         PREMIUM
                        Premiums
                        Insured Person's Premium
                        Grace Period
                        Waiver of Premium

SECTION V          BENEFITS

SECTION VI         LIMITS OF LIABILITY

SECTION VII        EXCLUSIONS AND LIMITATIONS

SECTION VIII       CLAIMS PROVISIONS

SECTION IX         GENERAL PROVISIONS

SECTION I

## SCHEDULE

Eligible Insured Person's contracted with the Policyholder or contracted with an independent contractor under contract with the Policyholder.

Policyholder

Name of Trucking Company:

TRANSPEC SELECT OWNER OPERATOR ASSOCIATION

Address:

112 30TH AVENUE NORTH

NASHVILLE, TN  37203-1308

Policy Number: OCA 3760574

Policy Effective Date  SEPTEMBER 1, 2004  12:01am – SEPTEMBER 1, 2005  12:01am THEREAFTER CONTINUOUS UNTIL TERMINATED

**PREMIUM:  $128. PER DRIVER PER MONTH**

Policy Premium Due Date:  SEPTEMBER 1, 2004 - PREMIUM IS DUE MONTHLY IN ARREARS

## ELIGIBLE PERSONS

Eligibility:
The following persons are eligible to become Insured Persons:

## CLASS I

All Actively at Work Owner/Operators who have enrolled for coverage under the Policy.  For purposes of this Policy an Owner/Operator must lease to or from the Policyholder and:

1. have a valid and current Commercial Driver's License;
2. own or lease a power unit;
3. be responsible for the maintenance of the power unit;
4. be responsible for the operating costs of the power unit, including but not limited to fuel, repairs, supplies and other expenses associated with the operation of the power unit;
5. be responsible for maintaining physical damage insurance on the power unit;
6. be responsible for hiring and supervising personnel who operate the power unit;
7. be compensated on a basis other than time expended in the performance of work;
8. be responsible for determining the route and hours for an assignment;
9. have the right to select the load;
10. have a written contract or assignment from the person who has engaged his or her services which provides that he or she is an independent contractor;
11. be classified as an independent contractor by the person who has engaged his or her services and not as an employee for purposes of workers' compensation insurance, federal income taxes, state income taxes, social security, unemployment insurance or for any other purpose; and
12. must receive for federal income tax reporting purposes a 1099 not a W-2.
13. must not be an employee of the Policyholder.

U-OA-300-B TN (01/04)                                                                                                     Page 3 of 22

CLASS II

All Actively at Work Contract Drivers who have been enrolled for coverage under this **Policy**. For purposes of this **Policy** a **Contract Driver** must:

1. have a valid and current Commercial Driver's License;
2. be authorized by an **Owner/Operator** to operate a power unit owned or leased by an **Owner/Operator**. (The **Contract Driver** must neither own nor lease the power unit);
3. be compensated on a basis other than time expended in the performance of work;
4. must be responsible for determining the route and time for an assignment;
5. must operate the power unit of the person who has engaged his or her services as an independent contractor. (Operating the unit must be the principal duty of the **Contract Driver**);
6. be classified as an **Independent Contractor** by the person who has engaged his or her services and not as an employee for purposes of workers' compensation insurance, federal income taxes, state income taxes, social security, unemployment insurance, or for any other purpose;
7. must receive for federal income tax reporting purposes a 1099 and not a W-2;
8. must not be an employee of the **Policyholder**;
9. must not be an employee of the **Owner/Operator**;

The **Insured Person** cannot be covered by any other Occupational Accident Policy issued by this Company.

If the **Insured Person** pays premium but is not eligible for coverage or does not qualify for benefits under this **Policy**, the Company will refund premium paid in error.


ZURICH

## OPTION 2
### OCCUPATIONAL ACCIDENT BENEFITS
Accidental Death Benefit
* Principal Sum..................................................................................................$50,000
   Accident Commencement Period .................................................................. 365 days
Survivor's Benefit:
* Principal Sum................................................................................................$250,000
   Monthly Benefit Percentage ............................................................................... 1.0%
   Monthly Benefit Amount...................................................................................$2,500

Accidental Dismemberment Benefit:
* Principal Sum................................................................................................$300,000
   Accident Commencement Period .................................................................. 365 days
Paralysis Benefit:
* Principal Sum................................................................................................$300,000
   Accident Commencement Period .................................................................. 365 days

Temporary Total Disability Benefit:
   Disability Commencement Period ................................................................ 13 weeks
   Waiting Period ................................................................................................. 7 days
   Benefit Percentage .......................................................................................... 66.67%
   Minimum Weekly Benefit Amount .....................................................................$125
   Maximum Weekly Benefit Amount.....................................................................$500
** Maximum Benefit Period ............................................................................ 104 weeks

***Continuous Total Disability Benefit:
   Waiting Period .........................Maximum Benefit Period for **Temporary Total Disability**
   Benefit Percentage .......................................................................................... 66.67%
   Minimum Weekly Benefit Amount .......................................................................$50
   Maximum Weekly Benefit Amount.....................................................................$500
   Maximum Benefit Amount ..........................................................................$200,000
   Maximum Benefit Period .............Under age 69 ................................... to age 70
   ................................................Age 69 or older...................................12 months

Accident Medical Expense Benefit:
   Medical Commencement Period.................................................................... 13 weeks
   Deductible Amount..................................................................................................$0
   Maximum Benefit Period ............................................................................. 104 weeks
   Dental Maximum.......................................................................... $3,000 per Accident
   Maximum Benefit Amount per Accident .................................................. $1,000,000
   Lifetime Maximum Benefit........................................................................ $1,000,000

### LIMITS ON MEDICAL BENEFITS:
   Physical Therapy, Occupational Therapy, Work Hardening Therapy............combined 36 visits
   Ambulance............................. one round trip to and from a Hospital but not more than $1,000
   ............................................................................................................for any one Accident
   Chiropractic Care.................................................................................$1,000 per Injury
   Hernia Coverage: Lifetime **Maximum Benefit Period** ............................................ $0
   Mental and Nervous ................... $25.00 per visit – maximum 20 visits for any one Accident
   Cumulative Trauma ..................................................................................................$0

### LIMITS OF LIABILITY
   Combined Single Limit ................................................................................$1,000,000
   Aggregate Limit of Liability ........................................................................$2,000,000
   (applicable to all Covered Losses with respect to any one Occupational Accident)

U-OA-300-B TN (01/04)                                                                        Page 5 of 22


ZURICH

THIS POLICY IS NOT WORKERS' COMPENSATION INSURANCE AND DOES NOT REQUIRE PRE-AUTHORIZATION OF A PHYSICIAN FOR COVERED ACCIDENT MEDICAL SERVICES. THE INSURED PERSON MUST CONSULT THE POLICYHOLDER OR THE COMPANY AT 1-888-889-5330 TO DETERMINE IF A SERVICE OR TREATMENT IS COVERED. IF AVAILABLE, THE COMPANY MAY PROVIDE THE INSURED PERSON WITH THE NAME AND ADDRESS OF A PHYSICIAN WHO IS A PREFERRED PROVIDER.

NON-OCCUPATIONAL ACCIDENT BENEFITS
Accidental Death Benefit:
* Principal Sum..................................................................................................NA
   Accident Commencement Period.........................................................................NA

Accidental Dismemberment Benefit:
* Principal Sum...................................................................................................NA
   Accident Commencement Period.........................................................................NA

Accident Medical Expense Benefit:
   Medical Commencement Period...........................................................................NA
   Deductible Amount.............................................................................................NA
   Maximum Benefit Period.....................................................................................NA
   Dental Maximum................................................................................................NA
   Maximum Benefit Amount per Accident..............................................................NA
   Lifetime Maximum Benefit..................................................................................NA

LIMITS ON MEDICAL BENEFITS:
   Physical Therapy, Occupational Therapy, Work Hardening Therapy.........combined 36 visits
   Ambulance............................, one round trip to and from a Hospital but not more than $1,000 for any one Accident
   Chiropractic Care.............................................................................$1,000 per Injury
   Hernia Coverage: Lifetime Maximum Benefit Period................................................$0
   Mental and Nervous Outpatient $25.00 per visit – maximum 20 visits for any one Accident
                        Inpatient – maximum 20 days; maximum $1,000 for any one Accident
   Cumulative Trauma............................................................................................$0

LIMITS OF LIABILITY
   Combined Single Limit.......................................................................................NA
   Aggregate Limit of Liability...............................................................................NA
   (applicable to all Covered Losses with respect to any one Occupational Accident)

*At age 65, the Covered Person's Principal Sum shall be based on the following Schedule:

| Age at Date of Loss | Percent of Principal Sum |
|---|---|
| 65 | 80% |
| 66 | 60% |
| 67 | 40% |
| 68 | 20% |
| 69 | 15% |
| 70 and over | 10% |

** If an Insured Person has an Injury at or after age 70, the Maximum Benefit Period shall be one (1) year.

***If an Insured Person has an Injury after age 64½ or six months prior to the normal Social Security retirement age, as defined by the Social Security Administration, the Insured Person cannot qualify for Continuous Total Disability.

U-OA-300-B TN (01/04)

Page 6 of 22

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

**I. (a) PLAINTIFFS**
JOHN GRAY

**DEFENDANTS**
ZURICH AMERICAN INSURANCE COMPANY, ILLINOIS

**(b)** County of Residence of First Listed Plaintiff  Broward County, FL
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  Cook County, IL
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Theodore H. Enfield, Esq.
Theodore H. Enfield, P.A., 19235 Biscayne Blvd., Suite 105, Aventura, FL 33180

0:07cv60619 WJZ/LSS

Attorneys (If Known)
Lane, Reese, Aulick, Summers & Ennis, P.A., 2600 Douglas Rd., Ste. 304, Coral Gables, FL 33134

**(d)** Check County Where Action Arose: ☐ MIAMI-DADE ☐ MONROE ☑ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☑ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☑ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

FILED by ___ D.C.
INTAKE
MAY - 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☑ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (Place an "X" in One Box Only)
☐ 1 Original Proceeding
☑ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. RELATED/RE-FILED CASE(S).** (See instructions second page):
a) Re-filed Case ☐ YES ☑ NO     b) Related Cases ☐ YES ☑ NO
JUDGE                                             DOCKET NUMBER

**VII. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. s. 1332 (2006)

LENGTH OF TRIAL via 5 days estimated (for both sides to try entire case)

**VIII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☑ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE
SIGNATURE OF ATTORNEY OF RECORD
DATE 4/27/07

FOR OFFICE USE ONLY
AMOUNT 350.00   RECEIPT # 539929   IFP